# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOVITAZ, INC. a Delaware Corporation, Plaintiff, v. SHOPADVISOR, INC., a Delaware Corporation, Defendant. | Case No.: 1:16-cv-12529-WGY |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to L.R. 7.1 Plaintiff Novitaz, Inc. ("Plaintiff") consents and requests a twenty-eight (28) day extension of time up to and including April 24, 2017 for Defendant ShopAdvisor, Inc, to answer, move, or otherwise respond to the Complaint. Good cause exists for this request as the parties are engaged in initial settlement discussions.

This is the first such request for an extension of time.

Plaintiff's counsel (undersigned) consents to this request.

March 16, 2017

/s/ *Woodrow H. Pollack*
Woodrow H. Pollack, *admitted pro hac vice*
Florida Bar No.: 26802
GREENBERG TRAURIG, LLP
101 E. Kennedy Blvd
Suite 1900
Tampa, FL 33602
(813) 318-5700
(813) 318-5900 (facsimile)
pollackw@gtlaw.com

Marc C. Laredo, BBO No. 543973
Payal Salsburg, BBO No. 568812
LAREDO & SMITH, LLP
101 Federal Street, Suite 650
Boston, MA 02110

1

Tel. (617) 443-1100
Fax (617) 443-1174
laredo@laredosmith.com
salsburg@laredosmith.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2017 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack